UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __10/1/2014__   Judge __Terry I. Adelman__   Case No. __4:14cr250CDP-TIA__

UNITED STATES OF AMERICA v. __Kyle Kienstra et al   (counsel only)__

Court Reporter _____   Deputy Clerk __Kara Scheele__

Assistant United States Attorney(s) __Stephen Casey, John Davis__

Attorney(s) for Defendant(s) __John Stobbs, Ronald Jenkins, Mark Gerages, Marc Johnson, Eric Butts, John Peel, Richard Sindel, Michael Fagras, Peter Cohen, Joseph Welch, Neal McCarthy, David Bruns, John Lynch, J Martin Hadican__

Interpreter _____   ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance            ☐ Detention Hearing                    ☐ Preliminary Revocation
  ☐ Supervised Release Revocation  ☐ Bond Review                        ☐ Probation
☐ Arraignment                   ☐ Bond Revocation                       ☐ Supervised Release
☐ Preliminary Examination       ☐ Bond Execution/Appearance Bond        ☐ Competency
☐ Motion Hearing                ☐ In Court Hrg (**WAIVER OF MOTIONS**)  ☒ Pretrial/Status Conference
  ☐ Evidentiary Hearing          ☐ Change of Plea/Sentencing            ☐ Sentencing
  ☐ Oral Argument/Non Evidentiary Hearing  ☐ Rule 5(c)(3)Removal (Identity)  ☐ Material Witness

Parties present for hearing on __Scheduling of pretrial motions and hearing; pretrial motions due 11/10/14; Evidentiary hearing set 1/13/15 & 1/14/15 @ 9:30 AM__

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond   ☐ Secured by 10%
   ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ Before _____

☐ Preliminary Revocation   ☐ Preliminary Examination set for _____ Before _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☐ Plea entered _____   Order on pretrial motions:   ☐ issued   ☐ to issue
   ☐ Written Motion for Suppression        ☐ Written Motion for Extension of Time to File Pretrial Motions
   ☐ Written Motion for Determination of Arguably Suppressible Evidence by Govt

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time _____   Before _____

Final Supervised Release Revocation Hearing set for _____   Before _____

   ☐ Remanded to custody   ☐ Released on bond

Next hearing date/time _____   Type of hearing _____   Before _____
Proceeding commenced __11:10__   Proceeding concluded __11:28__   Continued to _____