# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date _12/17/14_   Judge __Shirley Mensah - 13S__   Case No. _4:14CR250 CDP/TIA_

UNITED STATES OF AMERICA v. ___Brent Gibbar___

Deputy Clerk Initials: _LGW_   Court Recorder: _L. Wooley_

Assistant United States Attorney: ___Ed Dowd III___

Attorney for Defendant: ___David Bruns___

Interpreter _____   ___ SEALED PROCEEDING

**Proceedings:**
___ Initial Appearance   _✓_ In Court Hearing **(WAIVER OF MOTIONS)**   ___ Change of Plea/Sentencing
___ Initial Appearance Supervised Release   ___ Motion Hearing   ___ Competency Hearing
___ Rule 5(c)(3)Removal (Identity)   ___ Evidentiary Hearing   ___ Pretrial/Status Conference
___ Detention Hearing   ___ Oral Argument/Non Evidentiary Hearing
___ Preliminary Examination   ___ Preliminary Revocation
___ Bond Execution/Appearance Bond   ___ Supervised Release
___ Bond Revocation   ___ Probation
___ Arraignment

Additional Information: _____

**Initial Appearance:**
Bond set in the amount of: $ _____   Bond Type _____

Preliminary Exam/Detention Hearing scheduled: _____ @ _____   Before: MLM

Detention Hearing only scheduled: _____ @ _____   Before MLM

**Arraignment Scheduled:** _____ @ _____   Before _____

**Preliminary Revocation Hearing:**

Final Supervised Release or Probation Revocation Hearing Scheduled: _____ Before _____

**Arraignment:**
___ Defendant arraigned
___ Waives reading of indictment/information
___ Not guilty plea entered. Order on pretrial motions issued.

**Evidentiary Hearing Scheduled:** _____ @ _____   Before MLM in Courtroom 13S.

**Evidentiary Hearing:**
_✓_ Defendant waives evidentiary hearing. ** Case referral termed.

___ By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. **Case referral termed.

___ Hearing held. Testimony Heard. Motions taken under submission.

Trial Scheduled: _to be determined_ @ _____   Before _CDP_

_✓_ Remanded to custody   ___ Released on bond

Proceeding commenced _1:37 pm_ Proceeding concluded _1:48 pm_