UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **2/11/2015**   Judge **Terry I Adelman**   Case No. **4:14CR250 CDP-TIA**

**UNITED STATES OF AMERICA** v. Miles Amann

Court Reporter  FTR GOLD   Deputy Clerk  **John Bernsen**

Assistant United States Attorney(s)  Stephen Casey

Attorney(s) for Defendant(s)  Terry Flanagan,

Interpreter _____ ☐ **SEALED PROCEEDING**

**Proceedings:**

☐ Initial Appearance                    ☐ Detention Hearing                 ☐ Preliminary Rev.
　☐ Supervised Release Revocation        ☐ Bond Review                       ☐ Probation
☐ Arraignment                            ☐ Bond Revocation                    ☐ Supervised Release
☐ Preliminary Examination                ☐ Bond Execution/Appearance Bond     ☐ Competency
☐ Motion Hearing                         ☒ In Court Hrg (**WAIVER OF MOTIONS**) ☐ Pretrial/Status Conf.
　☐ Evidentiary Hearing                   ☐ Change of Plea/Sentencing          ☐ Sentencing
　☐ Oral Argument/Non Evidentiary Hearing ☐ Rule 5(c)(3)Removal (Identity)     ☐ Material Witness

The defendant waives filing of pretrial motions. Judge Perry to schedule further proceedings.

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond   ☐ Secured by 10%
　☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ Before _____

☐ Preliminary Revocation  ☐ Preliminary Examination set for _____ Before _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☐ Plea entered  Not Guilty           Order on pretrial motions:  ☐ issued   ☐ to issue

　☐ Written Motion for Extension of Time to File Pretrial Motions

☒ Defendant waives  The defendant waives pretrial motions        ☐ order to issue   ☐ oral ruling

☒ Defendant waives evidentiary hearing     ☒ By leave of court withdraws all pretrial motions

Trial date/time _____   Before _____

Final Supervised Release Revocation Hearing set for _____   Before _____

　☐ Remanded to custody    ☒ Released on bond

Next hearing date/time _____   Type of hearing _____   Before _____

Proceeding commenced  2:47PM      Proceeding concluded  2:50PM      Continued to _____