UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14CR0250 CDP/TIA |
| MILES AMANN, | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM CONCERNING WAIVER OF PRETRIAL MOTIONS

A waiver hearings was held February 11, 2015, the Defendant appeared with counsel on the record. The undersigned inquired of the Defendant as to his understanding of his right to file pretrial motions and to hold a hearing on pretrial motions. The Defendant acknowledged that he understood his rights in this regard, and it was his intention to waive his right to file pretrial motions and to hold a hearing on pretrial motions.

Based on the above, the undersigned accepts the Defendant's waiver as knowingly and voluntarily made. Therefore, no report and recommendation will be forthcoming.


                /s/ Terry I. Adelman
          UNITED STATES MAGISTRATE JUDGE

Dated this  11th  day of February, 2015.