UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID BRECKER, ) <br> MICHAEL SARACINO, ) <br> ANTHONY BOEHM, ) <br> MILES AMANN, ) <br> SCOTT HENSLER, ) <br> CHAD COLLINS, ) <br> DEREK LUTZ, ) <br> JOHN MORGAN, ) <br> GREG GIBBAR, ) <br> BRENT GIBBAR, ) <br> GIANPIERO BARRALE, and ) <br> SHELLY BAKER, ) <br> ) <br> Defendants. ) | Case No. 4:14 CR 250 CDP |

## **ORDER**

**IT IS HEREBY ORDERED** that the jury trial in this matter **as to the above named defendants** is set for **Monday, June 29, 2015 at 8:30 a.m.** in Courtroom 14-South.  **Any requests for continuance or changes to this trial date must be filed no later than April 29, 2015**.

_Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of April, 2015.